EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Marifé Nazario Yordán | 2017 TSPR 121 <br><br> 198 DPR ____ |

Número del Caso: TS-17-647

Fecha:   28 de junio de 2017

Abogada de la parte peticionaria:

        Por derecho propio

Materia:   Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Marifé Nazario Yordán          **Núm.** TS-17,647

RESOLUCIÓN

San Juan, Puerto Rico, a 28 de junio de 2017

Evaluada la *Moción de readmisión al ejercicio de la abogacía en Puerto Rico* presentada por la Sra. Marifé Nazario Yordán, se provee ha lugar.

Asimismo, le informamos que no se le requerirá el pago de la multa de cumplimiento tardío correspondiente al periodo de cumplimiento del 1 de agosto de 2012 al 31 de julio de 2014, en consideración a la Resolución emitida el 16 de junio de 2017 sobre *Periodo de exoneración para el pago de multas por cumplimiento tardío establecidos al amparo del Reglamento del Programa de Educación Jurídica Continua*.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo